UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 11CR5118-JLS |
| Plaintiff, | ) | |
| v. | ) | **ORDER AND JUDGMENT TO DISMISS INDICTMENT WITHOUT PREJUDICE** |
| JORGE ABRAHAM-HUERTA, | ) | |
| Defendant. | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing thereof,

**IT IS HEREBY ORDERED** that the Indictment in the above-referenced case be dismissed without prejudice as to defendant JORGE ABRAHAM-HUERTA.

**SO ORDERED.**

DATED: March 23, 2012

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge